# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

SECURITIES AND EXCHANGE COMMISSION, )
)
               Plaintiff, )
)     2:07-cv-01057-JCM-LRL
v. )
)     **MINUTES OF THE COURT**
EARTHLY MINERAL SOLUTIONS, INC., *et al.*, )
)
             Defendants. )
) Dated:   July 30, 2010

PRESENT:    THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:  Carol DePino   RECORDER:          None

COUNSEL FOR PLAINTIFF(S):          None Appearing

COUNSEL FOR DEFENDANT(S):          None Appearing

      Before the court is pro se defendant Frank L. Schwartz's Motion for Copy of the Local Rules of the Court (#75). Schwartz is a defendant in this securities litigation. He is also a prisoner at a facility in Taft, CA. Schwartz represents that while the law library at the prison has the local rules for all of the California districts, it does not have the local rules for the District of Nevada; nor does defendant have access to a computer to print the rules. Schwartz further states that he "will place them in the Library so that they can be used again, and you will not have another request for these rules." Mot. (#75).

      IT IS ORDERED that defendant's Motion for Copy of the Local Rules of the Court (#75) is granted to the following extent: The Clerk of Court shall mail a copy of only Parts II and V of the Local Rules of Practice of the United States District Court, District of Nevada, to defendant at:

Frank L. Schwartz
42357-048
PO Box 7001
CI Taft, CA 93268

                                                           *[signature]*

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**