1   Rick Lawton, Esq.
2   State Bar # 00694
3   Law Office Rick Lawton Esq. P.C.
4   5435 Reno Hwy, Fallon, Nevada 89406
5   (775) 867-5599
6   (775) 867-2559 –fax
7
8   Attorney for Plaintiffs

9                **UNITED STATES DISTRICT COURT**

10                 **FOR THE STATE OF NEVADA**

11

SECURITIES AND EXCHANGE
COMMISSION,

              *Plaintiff,*
vs.

EARTHLY MINERAL SOLUTIONS, INC.,
NATURAL MINERALS PROCESSING
COMPANY, ROY D. HIGGS, FRANK L.
SCHWARTZ, and RICK LAWTON

              *Defendants.*

Case # **2:07-cv-01057-JCM-LRL**

<u>**SUGGESTION OF BANKRUPTCY**</u>

<u>**OF RICKY LAWTON**</u>

12
13      **PLEASE TAKE NOTICE** that on October 8, 2010, a Petition for voluntary

14   Bankruptcy was filed by RICKY LAWTON (aka Rick Lawton), defendant above-

15   named. A copy of the voluntary petition for the Chapter 7 case titled "voluntary

16   petition" RICKY LAWTON, Case 10-54028, entered 10/08/10, attached hereto as

17   EXHIBIT 1.

18      **PLEASE TAKE FURTHER NOTICE** that pursuant to  11 U.S.C. § 362(a),

19   the Debtor's filing of the voluntary petition operates as a stay, applicable to all

20   entities, of, among other things: (a) the commencement or continuation of all

1   judicial, administrative, or other actions or proceedings against the Debtor (i) that

2   were or could have been commenced before the commencement of the Debtor's

3   case or (ii.) to recover any claims against the Debtor that arose before the

4   commencement of the Debtor's case; (b) the enforcement, against the Debtor or

5   against any property of the Debtor's bankruptcy estates, of a judgment obtained

6   before the commencement of the Debtor's cases; or (c) any act to obtain

7   possession of property of or from the Debtor's bankruptcy estate, or to exercise

8   control over property of the Debtor's bankruptcy estate.

9

10   Dated: This 8th day of October, 2010

11

12                                              /s/  RICK LAWTON ESQ.
13                                                  In Pro Per
14

15

16

17

18

19

20

21

22

23

24

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I, the undersigned, hereby certify that I am an employee of

the Law Office of Rick Lawton, P.C., and that on this date I deposited for mailing at

Fallon, Nevada, postage pre-paid, a true and correct copy of the: **SUGGESTION**

**OF BANKRUPTCY OF RICKY LAWTON** to the following:

**ALL ATTORNEYS OF RECORD**

[ ]   By placing an original or true copy in a sealed envelope, postage fully prepaid, in a U.S. Postal Service mailbox at Fallon, Nevada, addressed to the individual(s) and/or address (s) listed below.

[ ]   **FACSIMILE:** By faxing an original or true copy to the individual (s) and /or address (s) and fax number (s) listed below.

[X]   **AUTOMATIC** eFlex electronic notification pursuant to Local Rules of Second Judicial District. Or Pacer.

By MAILING:

***Defendant In Pro Per***
Roy Dean Higgs
Inmate Number 45975-008
MCFP Springfield
Medical Center/Federal Prisoners P.O. Box 4000
Springfield, MO 65801

***Defendant In Pro Per***
Frank L. Schwartz Inmate No. 42357-048 CI Taft
Correctional Institution P.O. Box 7001
Taft, CA 93268

Dated: this 8th day of October, 2010

_/S/ LAVINIA JOHNSTON_____
Lavinia Johnston

1
2
3
4

## INDEX TO EXHIBITS

4         Voluntary Petition                              7 Pages