MORGAN B. WARD DORAN, Cal. Bar No. 246107
E-mail: warddoranm@sec.gov

Attorney for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
John M. McCoy III, Associate Regional Director
Kelly C. Bowers, Acting Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone:     (323) 965-3998
Facsimile:      (323) 965-3908

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>EARTHLY MINERAL SOLUTIONS, INC., NATURAL MINERALS PROCESSING COMPANY, ROY D. HIGGS, FRANK L. SCHWARTZ, and RICK LAWTON<br><br>　　　　Defendants. | Case No. 2:07-CV-01057-JCM-(LRL) |

**ORDER**

This matter comes before the Court on Plaintiff Securities and Exchange Commission's Motion to Extend the Time to File Dispositive Motions. After reviewing the Motion and all related filings,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that Plaintiff's Motion is **GRANTED**. This Court's Scheduling Order, (doc. # 66), is hereby modified and amended to extend the Last Day for Filing Dispositive Motions to February 4, 2011.

DATED:  January 18, 2011

UNITED STATES DISTRICT JUDGE